## SAN ANTONIO CLEANERS & DYERS ASS'N v. WILLIAMS.
### No. 3510.

Court of Civil Appeals of Texas. El Paso.
Feb. 4, 1937.

Rehearing Denied Feb. 25, 1937.

Raymond Gerhardt, Walter E. Loughridge, and Harry Hertzberg, all of San Antonio, for appellant.

William Alter, of San Antonio, for appellee.

HIGGINS, Justice.

The question presented by this appeal is now moot. See McWhorter v. Northcut, 24 Tex.Civ.App. 22, 57 S.W. 904. The appeal is therefore dismissed.